# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130671

TRI-COUNTY INTERNATIONAL TRUCKS,
INC., and IDEALEASE OF FLINT,
        Plaintiffs-Appellees,

v

HILLS' PET NUTRITION, INC.,
        Defendant-Appellant.

SC: 130671
COA: 255695
Lenawee CC: 02-000986-CK

_____/

On order of the Court, the application for leave to appeal the October 25, 2005 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether defendant was under a duty to indemnify Tri-County. The parties may file supplemental briefs within 42 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2006

p0718

_____
Clerk